# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-09-00566-CV

**David Fernea, Appellant**

**v.**

**Merrill Lynch Pierce Fenner & Smith, Inc., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
### NO. D-1-GN-09-002195, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

The parties have filed a "Joint Motion to Vacate Judgment, Withdraw Opinion, and Dismiss Appeal," representing that they have settled the claims at issue and no longer wish to pursue this appeal. They request that we grant their motion, vacate our judgment dated July 12, 2011, withdraw our opinion dated July 12, 2011, and dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). We grant the parties' motion in part, specifically we withdraw our judgment dated July 12, 2011 and dismiss the appeal. However, we deny their request to withdraw our July 12, 2011, opinion. *See* Tex. R. App. P. 42.1(c).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Dismissed on Appellant's Motion

Filed:   November 5, 2014